IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:00-CR-113-GCM-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **ORDER OF CONTINUING** |
| v. | ) | **GARNISHMENT** |
| | ) | |
| GERALD LAMAR WILLIAMS, | ) | |
| Defendant, | ) | |
| and | ) | |
| TRANSFORCE, INC., | ) | |
| Garnishee. | ) | |

**THIS MATTER IS BEFORE THE COURT** on Government's "Motion For Order Of Continuing Garnishment" (Document No. 26) filed June 7, 2023.

Judgment in the criminal case was filed on December 4, 2000 (Document No. 15). As part of that Judgment, Gerald Lamar Williams ("Defendant") was ordered to pay an assessment of $300.00 and restitution of $2,850.00 to the victims of the crime. *Id*.

The Court entered a "Writ Of Continuing Garnishment" (Document No. 22) ("Writ") to Transforce, Inc. ("Garnishee") on February 21, 2023. Defendant was served with the Writ on March 10, 2023, and the Garnishee was served on March 8, 2023. Garnishee filed an Answer on April 26, 2023 (Document No. 25) stating that at the time of the service of the Writ, the Garnishee had in its custody, control or possession property or funds owned by Defendant, including non-exempt, disposable earnings.

**IT IS, THEREFORE, ORDERED** that an Order of Continuing Garnishment is hereby **ENTERED** in the amount of **$1,345.01** computed through February 15, 2023. Garnishee shall

pay the United States up to the lesser of: (1) twenty-five percent of the Defendant's disposable earnings which remain after all deductions required by law have been withheld; or (2) the amount by which Defendant's disposable earnings for each week exceed 30 times the federal minimum wage. See 15 U.S.C. § 1673(a). Garnishee shall continue payments until the debt to Plaintiff is paid in full or until the Garnishee no longer has custody, possession or control of any property belonging to Defendant or until further Order of this Court.

Payments should be made payable to the United States Clerk of Court and mailed to:

> Clerk of the United States District Court
> 401 West Trade Street
> Charlotte, North Carolina 28202

In order to ensure that each payment is credited properly, the following should be included on each check: Court Number DNCW3:00CR113.

**IT IS FURTHER ORDERED** that the Garnishee will advise this Court if Defendant's employment is terminated at any time by the Garnishee or Defendant.

The Plaintiff will submit this debt to the Treasury for inclusion in the Treasury Offset Program. Under this program, any federal payment Defendant would normally receive may be offset and applied to this debt.

**SO ORDERED**.

Signed: June 8, 2023

David C. Keesler
United States Magistrate Judge